*Thomas H. Day et al. v. William F. Potter.* L. R. MARSH, for complainants; THOS. E. CLARKE & O. L. BARBOUR, for the defendant.

Order that original suit be revived and continued in the names of the complainants in the suplemental bil as the heirs at law of R. G. Day. But the order to be without prejudice to the right of the defendant, at the hearing, to controvert any of the allegations in the supplemental bill which are not admitted by his answer to the same. Complainants to have the same time to file a replication as they had at the time of giving notice of this application.

---

### NOTICE.

☞ *To Gentlemen of the Bar.*—The subscriber will hereafter attend the chancellor's special terms held at *Albany,* as well as those which are held at Saratoga Springs; with the view of giving his exclusive attention to such counsel business as may be sent to him.

Letters should be addressed to me at this place, and mailed in time to reach here as early as the day previous to each special term.

O. L. BARBOUR.

Saratoga Springs, August 16th, 1842.